UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------- x
BLUEBAY ASSET MANAGEMENT LLP      :
ET AL.,                           :
                                  :
                   Plaintiffs,    :       20-mc-279(ALC)
                                  :
            -against-             :       ORDER
                                  :
ETIHAD AIRWAYS P.J.S.C.,          :
                                  :
                   Defendant.     :
-------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 6, 2022

**ANDREW L. CARTER, JR., United States District Judge:**

The parties shall file a status report within one week of the date of this Order. The report shall address whether the relief requested is still sought.

**SO ORDERED.**

Dated:   **October 6, 2022**
         **New York, New York**

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**United States District Judge**